442 A.2d 360

Commonwealth v. Lucas, Appellant.

Submitted April 14, 1981.  Joseph P. Martone, for appellant;  Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and JOHNSON, JJ.

Judgment of sentence dated May 18, 1978 is affirmed.

442 A.2d 360

Commonwealth v. Mateo, Appellant.

Submitted June 13, 1980.  Marilyn J. Gelb, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.